Rockingham, }
Feb. 1, 1921. }

### MINERVA CAPELLE, *Adm'x, v.* PHILIP TROBER.

Incompetent and prejudicial testimony, if stricken out, no exception being taken on
the ground that it rendered the trial unfair, is not ground for disturbing a verdict.

In case for negligently causing death, evidence that since decedent's death the
class of business in which he was employed had locally increased is relevant on
the question of damages.

ACTION, for negligently causing the death of the plaintiff's intestate.
Trial by jury and verdict for the plaintiff. Transferred from the
May term, 1920, of the superior court by *Allen,* J. The defendant
filed motions for a nonsuit and a directed verdict; and also a motion
that the verdict be set aside; all of which were denied subject to the
defendant's exception. The evidence relevant to certain of the ex-
ceptions is stated in the opinion.

*Horace I. Bartlett* (of Massachusetts) and *Sleeper & Brown* (*Mr·
Sleeper* orally), for the plaintiff.

*Cyprian J. Belanger* and *James E. Banigan,* for the defendant.

WALKER, J. The principal argument of the defendant relates to
the incompetent and prejudicial character of a statement made by
one of the plaintiff's witnesses to the effect that an insurance company
was interested in the case. But the argument is unavailing for the
reason that upon the defendant's motion the statement was stricken
out by the court, and no exception by the defendant was taken to
it on the ground that it rendered the trial unfair. He waived any
right he might have had to an exception upon that ground. *Kenney*
v. *Hampton,* 73 N. H. 45. His motion was granted and he cannot
now insist that the error was not cured.

The defendant's exception to evidence that the shoe business in the
town where the deceased lived had increased since her death must be
overruled. As she had been a worker on shoes and presumably was
skilled in that trade the evidence was clearly admissible on the ques-
tion of damages.

Various other exceptions to the rulings of the court were taken by
the defendant, which he has not argued, and which seem to be without
merit. They are therefore not considered.

*Exceptions overruled: judgment on the verdict.*

All concurred.